UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2008 JAN 15 P 4: 18

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 3:08-CR-_18_ |
| CHARLES HAMPTON, | ) (Judges _Phillips-Guyton_ |
| Defendant. | ) |

## ORDER

Having read and considered the government's Motion to Seal Indictment and for good cause shown,

It is hereby ORDERED that the Indictment be sealed with the exception that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing.

It is further ORDERED that the motion to seal, together with this order, shall be sealed pending further Order of this Court.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE