UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-18 |
| | ) | (Phillips / Guyton) |
| CHARLES HAMPTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter came before the undersigned on April 11, 2008, for a scheduled status review hearing as to Defendant Charles Hampton's continued pretrial release. Assistant United States Attorney Tracee Plowell represented the government, participating by telephone. Attorney Kim Tollison appeared on behalf of Defendant Charles Hampton, who was also present. On April 8, 2008, United States Probation Officer Melissa Haduck reported to the Court certain conduct of Mr. Hampton during his pretrial release. Based upon this information, the Court scheduled a status review hearing.

At the hearing, AUSA Plowell renewed the government's motion that Mr. Hampton be detained pending the trial of this matter. AUSA Plowell argued that Mr. Hampton has now been before the Court three times for various reports of his misbehavior while on pretrial release, that he does not remain a good candidate for pretrial release and that a recent $5,000 transaction by Mr. Hampton was questionable.

Attorney Tollison proffered that the reported $5,000 financial transaction was conducted with money loaned to Mr. Hampton by his grandfather. Attorney Tollison argued that the remaining

conduct at issue could be adequately addressed by a "Behavior Contract" Mr. Hampton has entered into with personnel at the Midway Rehab Center, a copy of which has been provided to the Court.

At the conclusion of the status review hearing, the Court concluded that Mr. Hampton shall remain on pretrial release subject to the conditions set forth in the Order Setting Conditions of Release [Doc. 11], as supplemented by his Behavior Contract with Midway Rehab Center. The latter document is filed with the Clerk of the Court contemporaneous to this Order.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge